Case 2:11-cr-02041-RMP    Document 82    Filed 06/23/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| United States of America </br> v. </br> HUGO ENRIQUE DAVADI, | ) </br> ) Case No: 2:11-CR-02041-RMP-1 </br> ) USM No: 13558-085 </br> ) |
| Date of Original Judgment: </br> Date of Previous Amended Judgment: 12/01/2011 </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) Andrea George </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/01/2011  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/23/2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Rosanna Malouf Peterson, Judge U.S. District Court
*Printed name and title*