PROB 12C
(6/16)

Report Date: August 16, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 16, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hugo Enrique Davadi | Case Number: 0980 2:11CR02041-RMP-1 |
| Address of Offender: | Selah, Washington 98942 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 17, 2011

Original Offense:     Ct. 1: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1);
                      Ct. 2: Possession With Intent to Distribute Controlled Substance, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 77 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: August 30, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 29, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: Mr. Davadi is alleged to have used opiates, specifically vicodin and percocet on August 1, 2018.

On August 29, 2016, supervised release conditions were reviewed and signed by Mr. Davadi acknowledging his understanding of mandatory condition number 4, which prohibits him from using a controlled substance.

On August 3, 2018, Mr. Davadi reported to the probation office and was instructed to submit to a drug screen.  Mr. Davadi stated that he was unable to produce any urine for a drug test. He then self-disclosed having used opiates in the form of vicodin and percocet.  He signed an admission/denial form admitting to having used these substances.  Mr. Davadi reported he did not obtain a prescription for these substances.

Prob12C
**Re: Davadi, Hugo Enrique**
**August 16, 2018**
**Page 2**

2      <u>**Standard Condition # 3**</u>: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Davadi is alleged to have failed to report to the U.S. Probation Office as instructed by his probation officer on August 6, 2018.

On August 29, 2016, supervised release conditions were reviewed and signed by Mr. Davadi acknowledging his understanding of standard condition number 3, which requires him to follow the instructions of the probation officer.

On August 3, 2018, Mr. Davadi was instructed by the undersigned to report in person to the probation office on August 6, 2018, at 9:30 a.m. On the morning of August 6, 2018, this officer received a text message from Mr. Davadi indicating he was in Wenatchee, Washington. On this same date, this officer made an attempt to reach Mr. Davadi on his cell phone, but he did not answer. A text message was then sent instructing him to call this officer. Mr. Davadi failed to report as directed by his probation officer on August 6, 2018.

3      <u>**Standard Condition # 7**</u>: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Mr. Davadi is alleged to have consumed controlled substance, methamphetamine and fentanyl, on or about August 9, 2018.

On August 29, 2016, supervised release conditions were reviewed and signed by Mr. Davadi acknowledging his understanding of standard condition number 7, which prohibits him from using a controlled substance.

On August 9, 2018, Mr. Davadi was instructed by his probation officer to submit to uranalysis testing. The specimen collected was sent to Alere Toxicology Services for drug screening. On August 14, 2018, the test results returned positive for the presence of fentanyl, amphetamine and methamphetamine. Mr. Davadi was later confronted regarding the illegal use of the fentanyl, amphetamine and methamphetamine, to which he admitted having used the controlled substances on or about August 9, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 16, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Davadi, Hugo Enrique**
**August 16, 2018**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

8/16/2018
Date