PROB 12C
(6/16)

Report Date: February 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hugo Enrique Davadi          Case Number: 0980 2:11CR02041-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: November 17, 2011

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession With Intent to
                         Distribute Controlled Substance, 21 U.S.C. § 841(a)(1);

Original Sentence:       Prison -77 months                Type of Supervision: Probation
                         TSR - 48 months

Asst. U.S. Attorney:     Thomas J. Hanlon                 Date Supervision Commenced: August 30, 2016

Defense Attorney:        Jennifer Barnes                  Date Supervision Expires: August 29, 2020

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 16 and September 18, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Davadi is alleged to be in violation of his supervised release conditions by having committed a new crime of count 1: possession of a controlled substance with no prescription; and count 2: second degree unlawful possession of a firearm, Yakima County Superior Court cause number 18-1-01828-1. |
| | On August 29, 2016, supervised release conditions were reviewed and signed by Mr. Davadi acknowledging his understanding of mandatory condition number 2. |
| | On September 19, 2018, Mr. Davadi was located and arrested on a federal warrant. At the time of his arrest, Mr. Davadi was found to be in possession of 9.3 grams of heroin, a scale, $1,129 in currency, and a firearm. |

Prob12C
**Re: Davadi, Hugo Enrique**
**February 25, 2019**
**Page 2**

According to Yakima County Superior Court docket, cause number 18-1-01828-1, on February 5, 2019, Mr. Davadi plead guilty to the above charges and was sentenced to 36 months custody with 12 months of community supervision to follow. The sentence for counts 1 and 2 are to be served concurrently.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 25, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge, when a hearing is set.
[ ]    Other

Signature of Judicial Officer

2/25/2019
Date