PROB 12C
(6/16)

Report Date: July 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hugo Enrique Davadi    Case Number: 0980 2:11CR02041-ACE-1

Address of Offender: ███████████████    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Alex C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: November 17, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession With Intent to Distribute Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 30, 2020 | Prison - 6 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Matthew A. Stone | Date Supervision Commenced: March 16, 2021 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: March 15, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by allegedly committing domestic violence harassment, in violation of Revised Code of Washington ( RCW) 9A.46.020.

According to the Yakima Police Department (YPD) report number 22Y022395, the following occurred: On July 14, 2022, YPD was dispatched to speak with Mr. Davadi's wife about a civil issue. While YPD was speaking with Mr. Davadi's wife, she explained that Mr. Davadi threatened to kill her and her boyfriend. YPD asked if she was in fear for her life and she advised she was. A warrant was issued for Mr. Davadi's arrest on July 15, 2022, for felony harassment.

Prob12C
**Re: Davadi, Hugo Enrique**
**July 20, 2022**
**Page 2**

    On July 20, 2022, this officer spoke with a detective from YPD and the detective stated the alleged harassment charge might be charged as a misdemeanor instead of a felony. YPD is continuing to investigate the alleged law violation.

2    **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Davadi is alleged to have violated special condition number 3 by consuming methamphetamine and fentanyl on July 18, 2022.

    On July 19, 2022, Mr. Davadi reported to probation office as directed. During the office contact, Mr. Davadi admitted to consuming methamphetamine and fentanyl on July 18, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

July 20, 2022
Date