PROB 12C
(6/16)

Report Date: July 25, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hugo Enrique Davadi    Case Number: 0980 2:11CR02041-ACE-1

Address of Offender: ███████████████    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alex C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: November 17, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession With Intent to Distribute Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 30, 2020 | Prison - 6 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Matthew A. Stone | Date Supervision Commenced: March 16, 2021 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: March 15, 2023 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 20, 2022.

On March 16, 2021, Hugo Enrique Davadi began his term of supervised release. On March 17, 2021, a probation officer reviewed the judgment and sentence with Mr. Davadi; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by attempting to contact his wife on July 21, 2022, after he was directed by probation to not have contact with her. |

Prob12C
**Re: Davadi, Hugo Enrique**
**July 25, 2022**
**Page 2**

On July 19, 2022, this officer directed Mr. Davadi to not have any contact with his wife until directed otherwise. The restriction was imposed due to recently reported threats Mr. Davadi made against his wife.

On July 22, 2022, this officer spoke with Mr. Davadi's wife on the telephone. She reported Mr. Davadi came over to her residence at approximately 10 p.m. on July 21, 2022. Mr. Davadi was knocking on the doors and windows at her residence. She could also hear his voice outside her residence. When Mr. Davadi arrived, she called 911 and the offender left before law enforcement arrived. She also reported Mr. Davadi has been attempting to contact her on social media and she sent this officer a screen shot of messages Mr. Davadi sent to her on July 22, 2022.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

July 25, 2022

Date