PROB 12C
(6/16)

Report Date: August 29, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hugo Enrique Davadi           Case Number: 0980 2:11CR02041-ACE-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alex C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: November 17, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) <br> Possession with Intent to Distribute Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 77 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: <br> September 30, 2020 | Prison - 6 months <br> TSR - 24 months | |
| Asst. U.S. Attorney: | Frances E. Walker | Date Supervision Commenced: March 16, 2021 |
| Defense Attorney: | Alex B. Hernandez | Date Supervision Expires: March 15, 2023 |

### PETITIONING THE COURT

To issue a warrant.

On March 16, 2021, Hugo Enrique Davadi began his term of supervised release. On March 17, 2021, a probation officer reviewed the judgment and sentence with Mr. Davadi; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. <br><br> **Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by allegedly driving under the influence of alcohol (DUI), in violation of Revised Code of Washington (RCW) 46.61.502 on August 28, 2022. <br><br> (See narrative below at violation #4) |
| 2 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |

Prob12C
**Re: Davadi, Hugo Enrique**
**August 29, 2022**
**Page 2**

|   |   |
|---|---|
|   | **Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by allegedly driving without a license, in violation of RCW 46.20.342.1C on August 28, 2022. |
|   | (See narrative below at violation #4) |
| 3 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |
|   | **Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by allegedly possessing a controlled substance with the intent to sale, in violation of RCW 69.41.030 on August 28, 2022. |
|   | (See narrative below at violation #4) |
| 4 | **Mandatory Condition #2**: You must not unlawfully posses a controlled substance, including marijuana, which remains illegal under federal law. |
|   | **Supporting Evidence**: Hugo Enrique Davadi is considered to be in violation of his conditions of supervised release by allegedly being in possession of a controlled substance, fentanyl, on August 28, 2022. |
|   | According to the Yakima Police Department (YPD) report number 22Y028211, the following occurred: On August 28, 2022, YPD witnessed a black sedan traveling west in the 600 block of West Walnut at a high rate of speed. The vehicle drove through an intersection at a four way stop without stopping or even slowing down for the stop sign. YPD eventually pulled the vehicle over and contacted the driver, who was later identified at Mr. Davadi. |
|   | Mr. Davadi was sweating, appeared nervous, and YPD could see an open beer bottle in the center console of the vehicle. Mr. Davadi followed directives to turn the vehicle off; however, he would not give YPD the keys to the vehicle. As other officers arrived, officers observed a firearm laying at the passenger's feet and saw a machete between the driver seat and the center console. Due to the weapons in the vehicle, YPD removed the passenger and Mr. Davadi. The firearm was later determined to be a pellet gun that looked like a .357 revolver. |
|   | Mr. Davadi was placed under arrest for reckless driving and as YPD read Mr. Davadi his Miranda rights, Mr. David told YPD to "shut the fuck up," and called the officer a "bitch." Once Mr. Davadi was secured in a police vehicle, YPD observed multiple 5, 20 and 100 dollar bills throughout the vehicle. YPD also observed a plastic baggy containing multiple small blue pills on the driver side seat. Because YPD observed the blue pills, the vehicle was secured and a tow truck was requested. |
|   | As a YPD officer entered the patrol vehicle to transport Mr. Davadi to the police department, the officer smelled the strong odor of alcohol. Mr. Davadi was the only person in the vehicle other than the YPD officer and the smell of alcohol was still present even though the rear windows were open. While YPD was transporting Mr. Davadi to the police department, Mr. Davadi said, "I hope I see you in a bar someday." He also called the officer a "pussy" and a "rookie" several times. Based on Mr. Davadi's statements to YPD, the officer did not believe it was safe to be in the blood alcohol content (BAC) testing room with him while he was uncuffed for a Breathalyzer test. |

Prob12C
Re: Davadi, Hugo Enrique
August 29, 2022
Page 1

As YPD walked with Mr. Davadi into the police department, Mr. Davadi was able to walk, but swayed as if he was uneasy on his feet. The officer could smell the odor of alcohol coming from Mr. Davadi's person and his speech was slurred. After Mr. Davadi's handcuffs were removed, YPD requested Mr. Davadi remove his necklace, watch, and bracelet. Mr. Davadi ripped his necklace, watch, and bracelet off, breaking all three items, and threw the items on the floor at the officer's feet. YPD obtained a search warrant to take blood for Mr. Davadi to determine Mr. Davadi's level of intoxication.

Due to the suspected narcotics in the vehicle, YPD secured a search warrant and searched the vehicle Mr. Davadi was driving. YPD located approximately 250 to 300 pills, marked with M30, in a plastic bag stuffed between the driver's seat and the center console. Based on the officer's training and experience, the pills were forged oxycodone pills containing fentanyl. YPD also located $1,107 in the passenger's purse, and $839 of loose currency throughout the vehicle.

Mr. Davadi was booked into the Yakima County Jail for DUI, driving without a license, and possession with intent to sale a controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 29, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Alexander C. Ekstrom
Signature of Judicial Officer

August 30, 2022
Date